**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NICOLO NOURAFCHAN, ROBERT YADGAROV, MARK ALPERIN, MIAKEL BISHAY, ARYA BOLURFRUSHAN, DAVID BRATSLAVSKY, BRIAN FENSTERSZAUB, MARK FENSTERSZAUB, SIMON FENSTERSZAUB, GABRIEL GERSHOWITZ, FERNANDO GRINBERG, BORUCH HATANIAN, YISROEL HOROWITZ, JOSEPH IZSAK, DANIEL KAVIAN, ELIYAHU KAVIAN, NOWEL MILIK, LORENZO NOURAFCHAN, DAVID OSTROV, GAVRYEL SILVERSTEIN, JOSEPH SUSKIND, and SETH WINSLOW,<br><br>　　　　Defendants. | Civil Action No. 26-cv-12068 (LTS) |

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiff Securities and Exchange Commission ("Commission") hereby moves for entry of final judgment as to Defendant Eliyahu Kavian ("Eliyahu Kavian"), with whom the Commission has reached a proposed settlement for the Court's consideration in this case. Enclosed is a proposed judgment (the "Judgment") along with an executed consent by Eliyahu Kavian. The Judgment would impose injunctive relief as to Eliyahu Kavian but would bifurcate the determination of any monetary relief pending the filing of motions by the Commission.

If the Judgment is acceptable to the Court, the Commission respectfully requests that the Court grant the motion for entry of judgment.

Dated:  July 22, 2026                    By:  _____
                                              Rua M. Kelly (Mass. Bar No. 643351)
                                              U.S. Securities and Exchange Commission
                                              Boston Regional Office
                                              33 Arch Street, 24th Floor
                                              Boston, MA  02110
                                              Kelly direct: (617)-573-8941
                                              Email:  kellyru@sec.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on July 22, 2026, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notices in this case.  I further certify that a copy of the foregoing will be served by e-mail or U.S. mail to any defendants not registered in the Court's CM/ECF system to receive electronic notices in this case.

*/s/ Rua M. Kelly*