**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

NICOLO NOURAFCHAN, ROBERT YADGAROV, MARK ALPERIN, MIAKEL BISHAY, ARYA BOLURFRUSHAN, DAVID BRATSLAVSKY, BRIAN FENSTERSZAUB, MARK FENSTERSZAUB, SIMON FENSTERSZAUB, GABRIEL GERSHOWITZ, FERNANDO GRINBERG, BORUCH HATANIAN, YISROEL HOROWITZ, JOSEPH IZSAK, DANIEL KAVIAN, ELIYAHU KAVIAN, NOWEL MILIK, LORENZO NOURAFCHAN, DAVID OSTROV, GAVRYEL SILVERSTEIN, JOSEPH SUSKIND, and SETH WINSLOW,

Defendants.

**Civil Action No. 26-cv-12068 (LTS)**

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF**

Pursuant to District of Massachusetts Local Rule 7.1(b)(3), Plaintiff Securities and Exchange Commission ("Commission") hereby moves for leave to file a reply brief in support of the Motion for Leave to File Second Amended Complaint (ECF No. 88). Where Defendant Boruch Hatanian's opposition (ECF No. 97) raises myriad legal and factual arguments that are beyond the scope of the motion to amend, the Commission submits that a reply brief would be helpful in clarifying certain issues for the Court. The Commission has met and conferred with counsel for Hatanian, who does not oppose this Motion.

WHEREFORE, the Commission moves the Court to grant leave to file the reply brief attached hereto as Exhibit A.

Dated: September 23, 2026 By: */s/ Rua M. Kelly*

Rua M. Kelly (Mass. Bar No. 643351)
Michael D. Foster (Ill. Bar No. 6257063)
U.S. Securities and Exchange Commission
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA 02110
Kelly direct: (617)-573-8941
Email: kellyru@sec.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 23, 2026, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notices in this case. I further certify that a copy of the foregoing will be served by e-mail or U.S. mail to any defendants not registered in the Court's CM/ECF system to receive electronic notices in this case.

*/s/ Rua M. Kelly*

**PLAINTIFF'S CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

Plaintiff Securities and Exchange Commission hereby certifies that undersigned counsel has communicated with counsel for Defendant as to the relief sought in the motion.

*/s/ Rua M. Kelly*